UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

FILED
NOV 19 2026
CLERK OF COURT
BY ________ DEP. CLERK

Re: Damaris Rodriguez — Bankruptcy Proceedings

Related Landlord-Tenant Case: Hemant Patel v. Damaris Rodriguez

Bucks County Docket: MJ-07102-LT-0000203-2026

Bankruptcy Case Number: 26-14298

Hearing Date: December 2, 2026

Subject: Personal Statement in Opposition to Landlord's Request for Relief from the Bankruptcy Automatic Stay

Your Honor:

First and foremost, I would like to sincerely thank you for taking the time to hear my situation and consider my circumstances. I understand the importance of the law, the responsibilities that come with renting a home, and the obligation to pay rent. I have never believed that I should be exempt from those responsibilities.

However, I respectfully ask this Court to understand that what brought me here was not irresponsibility, a refusal to pay rent, or an attempt to take advantage of my landlord. What brought me here was a series of devastating circumstances that affected nearly every part of my life.

I did not choose to lose my health. I did not choose to lose my employment. I did not choose to lose my financial stability. And I certainly did not choose to face the possibility of losing my home.

For years, I worked hard, supported my family, and maintained my financial responsibilities. I built a career serving individuals with intellectual and developmental disabilities, eventually advancing into an executive leadership position. I took pride in my profession, my independence, and my ability to provide for my family.

Everything began to change in March 2026.

## My Injuries and Medical Hardships

On March 28, 2026, while attending church, I suffered a serious injury involving my left knee and right foot. I subsequently learned that I had torn a ligament in my knee and fractured a toe in my right foot.

These injuries affected my mobility and ability to work. I required medical treatment, orthopedic care, and supportive devices, including a knee brace and walking boot.

What I initially hoped would be a temporary setback became the beginning of months of medical, emotional, and financial difficulties.

In late April 2026, I was hospitalized because of dangerously elevated liver enzymes and serious concerns involving my liver. This created additional medical complications during a period when I was already struggling with my injuries.

My health circumstances continued to affect my physical and emotional well-being. I also experienced significant emotional distress and required mental-health support as the pressures of illness, financial insecurity, and housing instability accumulated.

Your Honor, these were not minor inconveniences. These were serious medical circumstances that interrupted my ability to earn a living and function as I had before.

## Loss of Employment and Financial Stability

Before these events, I had built a career through years of dedication, responsibility, and leadership.

I worked my way from direct-care positions into supervisory and management roles and ultimately became an Executive Director.

I was proud of what I had accomplished.

However, after my injuries and extended absence from work, my employment was terminated in July 2026.

Losing my job was devastating. I lost the income I depended on to pay rent, utilities, transportation expenses, medical expenses, and other household obligations.

At the same time, I was attempting to obtain disability benefits. The process was delayed, leaving me without the financial support I desperately needed.

When I eventually received a disability payment of approximately $2,000 in August 2026, it was not enough to cover the expenses that had accumulated during the months I had been without regular income.

I was trying to survive financially while continuing to address my medical needs.

I also applied for unemployment benefits and experienced additional delays and difficulties obtaining assistance.

The financial pressure continued to grow.

My Efforts to Communicate With My Landlord

Throughout these hardships, I attempted to keep my landlord, Hemant Patel, informed of my circumstances.

I explained my medical difficulties, employment situation, delays in benefits, and inability to maintain my previous financial obligations.

I did not simply disappear or refuse to communicate.

I made efforts to explain what was happening and to make payments when funds became available, including using disability proceeds and assistance from family.

I recognize that rent was due. However, I dispute the amount my landlord claims I owe, and I have receipts and other records that I believe must be reviewed before any final determination of the amount owed.

I want this Court to understand that there is a difference between someone who refuses to pay rent and someone who experiences a serious financial hardship that makes payment impossible despite their efforts.

I was not unwilling to pay. I was struggling to survive.

Longstanding Problems With the Rental Property

Your Honor, I also believe it is important for the Court to understand that my difficulties with this landlord did not begin when I fell behind on rent.

Throughout my tenancy, I experienced repeated problems involving heating, hot water, plumbing, electrical systems, and water damage.

On December 24, 2022, the temperature inside the home was approximately 64 degrees, and the heating problem was not addressed until December 29.

In July 2023, I reported electrical problems involving circuit breakers repeatedly tripping. Repairs were not completed until September.

In January 2024, I reported a toilet that continued running and leaking. It was not replaced until April, and during that period I received an $815 water shutoff notice.

In May 2024, my family experienced a hot-water problem that continued until June 8, when the boiler was replaced.

In 2025, we experienced further heating problems, including issues with the oil heating system. I paid for an inspection of equipment that was ultimately found to require significant repairs or replacement.

In March 2025, the basement flooded, damaging personal belongings.

As recently as March 2, 2026, I notified my landlord that the temperature inside the home was approximately 57 degrees. According to my records, the heating problem was not addressed until March 29.

I also paid an additional $200 per month for use of the garage beginning in January 2024, despite concerns that the garage's electricity was connected to the household electrical service for which my family was paying.

I have retained messages, receipts, and documentation concerning these matters.

I understand that the present hearing concerns the bankruptcy automatic stay rather than a complete trial of every landlord-tenant dispute. Nevertheless, I respectfully ask that the documented history of the tenancy and my disputed financial obligations be considered as relevant background.

My Housing Instability and Bankruptcy Filing

As my financial situation deteriorated, I found myself facing circumstances I never imagined.

I had to seek shelter assistance because I could no longer afford to maintain my living situation.

On September 22, 2026, I communicated in a formal email my desire to be removed from the lease and requested that my mother and daughter take over the lease and be allowed to stay in the home. He did not respond and I called him he informed me the landlord was moving on with the eviction.

I was attempting to find a responsible solution to a situation that had become financially impossible for me.

On September 30, 2026, My landlord texted me asking if I was moving out or paying rent. I communicated my intention to move. That same day, my landlord filed the eviction case against me. Which is retaliation for my response to his request for money.

I found the timing extremely troubling, particularly because I had been attempting to communicate openly about my circumstances and housing plans.

By October 2026, my financial situation had become so overwhelming that I sought bankruptcy protection.

I filed for bankruptcy on October 13, 2026.

This was not an easy decision. Filing for bankruptcy was a last resort after months of medical hardship, lost employment, delayed benefits, accumulated debt, and housing insecurity.

I sought bankruptcy protection because I needed an opportunity to address my financial obligations through the legal process and regain stability.

What Happened at My October 15 Eviction Hearing

Two days after my bankruptcy filing, on October 15, 2026, I attended my scheduled eviction hearing at Magisterial District Court 07-1-02 in Bristol, Pennsylvania, before the Honorable David J. Cicchetti.

I arrived at approximately 10:30 a.m. for my 11:00 a.m. hearing.

I signed in as instructed and specifically asked court personnel whether I needed to enter the courtroom. I was told to wait until someone called me.

I followed those instructions.

While waiting, I saw my landlord enter the courtroom. Later, I saw him leave.

Concerned about what had happened, I entered the courtroom and spoke with the judge. I was informed that my landlord had not advised the judge that I was present.

I subsequently learned that a judgment of approximately $12,000 had been entered against me, although my understanding was that the landlord had originally sought approximately $10,000.

I had brought documentation, rent receipts, text messages, maintenance records, and evidence of my medical and financial circumstances.

I never had the opportunity to present that evidence.

When I returned to the clerk's office, an employee repeatedly insisted that I had not been present, despite my having signed in and waited as instructed.I found this experience deeply distressing and unfair.

I have requested preservation of the court's sign-in records and security footage to establish my attendance.

Due to my formal complaint against this judgement My lawyer informed me that a new scheduled court date of December 3,2026 at 10:15am with the Honorable Judge David J. Chichilitti. This will be a time where I can fairly be heard.

Because my bankruptcy petition had been filed before that hearing, I also question whether the eviction proceedings were permitted to go forward under the federal automatic stay.

I respectfully request that the appropriate court review that issue and the circumstances surrounding the judgment.

My Request Regarding the Landlord's Motion

Your Honor, I understand that my landlord is now requesting relief from the automatic stay so that he may continue pursuing the eviction.

I respectfully oppose that request and ask the Court to carefully consider my circumstances, the status of my bankruptcy case, my disputed payment records, and the unresolved questions surrounding the October 15 judgment.

I recognize that the Court must apply the law and consider the rights of all parties.

I am not asking the Court to disregard my landlord's rights or excuse legitimate obligations. I am asking that my rights, my evidence, and the circumstances surrounding my bankruptcy also receive meaningful consideration.

I respectfully request that the Court deny the motion for relief from stay if the legal requirements for relief have not been established, or consider any other protection or relief permitted by law.

I also request an opportunity to present relevant documentation concerning my bankruptcy, rent payments, housing circumstances, and the events that led to my financial hardship.

My Personal Appeal to the Court

Your Honor, I am a mother of three daughters. I have spent much of my adult life working, caring for others, and doing everything possible to support my family.

I have dedicated years of my life to helping individuals with disabilities, advocating for vulnerable people, and ensuring that others were treated with dignity.

I never imagined that I would find myself in a position where I would be the person asking for understanding and protection.

These past several months have tested me physically, financially, emotionally, and spiritually.

I have experienced serious injuries, hospitalization, job loss, financial insecurity, housing instability, and the difficult decision to file for bankruptcy.

I have lost much of the stability I worked for years to build.

Despite everything, I am still trying to rebuild my life.

I want to return to work. I want to become financially independent again. I want to resolve my obligations fairly. I want to regain my health and restore stability for myself and my family.

I am not asking to escape responsibility. I am asking for the opportunity to recover from circumstances that were beyond my control.

Please do not view me simply as a tenant who fell behind on rent.

Please consider the person behind these court documents—the years I worked, the family I supported, the medical emergencies I endured, the income I lost, and the efforts I made to keep moving forward.

I understand that financial obligations do not disappear because life becomes difficult. But I also believe that the bankruptcy process exists to provide individuals facing overwhelming financial hardship with an opportunity for an orderly resolution of their debts.

I am asking for that opportunity.

Your Honor, I sincerely appreciate your time, patience, and consideration in reviewing my statement.

Whatever decision this Court makes, I respectfully ask that it be made with a full understanding of my circumstances and the evidence I am prepared to provide.

This was never about not wanting to pay my rent. This was about losing my ability to pay while fighting to preserve my health, my dignity, my family, and my future.

Thank you for hearing my voice and considering my circumstances.

Respectfully submitted,

Damaris Rodriguez